Frank DEGRASSE, Petitioner— Appellant,

v.

Craig FARWELL; et al., Respondents— Appellees.

No. 07–15085.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008.*

Filed July 8, 2008.

Debra A. Bookout, Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Erik A. Levin, Office of the Nevada Attorney General, Carson City, NV, for Respondent–Appellee.

Before: REINHARDT, LEAVY, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Frank DeGrasse appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we remand.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

On June 11, 2008, this court received notice that DeGrasse has died. Accordingly, this petition is now moot. *See Garceau v. Woodford,* 399 F.3d 1101 (9th Cir.2005). This case is therefore remanded to the district court with instructions to dismiss the petition.

**REMANDED** with instructions.